

# ARCÉ LAW GROUP, PC

30 Broad Street, 35th Floor
New York, New York 10004
P: 212-248-0120 / F: 212-587-4169

May 10, 2016

**Via ECF**
Honorable Jesse M. Furman
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

      Re:   *Hai Mya Lazar v. Sawhney West Care Medical LLC, et al.*
            Case No.: 15-cv-6727

Dear Judge Furman:

    We represent the Plaintiff in the above-referenced case. We respectfully write Your Honor, with Defendants' consent, to request a thirty (30) day extension of the restoration deadline in this case, which is currently set for May 13, 2016 (as per Your April 13, 2016 Order.)

    We make this request because final execution of the settlement agreement has taken longer than expected. However, we believe that the agreement should be finalized very shortly and we do not foresee any need to make further such requests.

    Therefore, we respectfully request a thirty (30) day extension for Plaintiff to apply for restoration of the action if necessary. Thank You in advance for Your time and consideration.


Respectfully Submitted,

Arcé Law Group, P.C.

    /s/

Bryan S. Arce, Esq.
*Attorneys for Plaintiff*


cc:    Ezra B. Glaser, Esq., *Attorney for Defendants*
       Via ECF